THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0062-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JESUS RINCON-MEZA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Jesus Rincon-Meza's motion to continue trial (Dkt. No. 41). Defendant Rincon-Meza has filed a speedy trial waiver up to and including December 28, 2019. (Dkt. No. 42.) Having thoroughly considered the motion and relevant record, the Court FINDS that:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation, including reviewing the evidence, considering possible defenses, and gathering evidence material to the defense, 18 U.S.C. § 3161(h)(7)(B)(iv);
2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice, 18 U.S.C. §3161(h)(7)(B)(i); and

3. A continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for Defendant Rincon-Meza to benefit from these efforts. On this basis, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant Rincon-Meza in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court GRANTS Defendant Rincon-Meza's motion (Dkt. No. 41) and ORDERS that trial be continued from May 28, 2019 to August 5, 2019 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 3161(h)(6). Any pre-trial motions shall be filed no later than June 28, 2019.

DATED this 22nd day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk