THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JESUS RINCON-MEZA,<br><br>　　　　　　Defendant. | CASE NO. CR19-0062-JCC<br><br>ORDER |

This matter comes before the Court on the Government's notice of its intent to dismiss without prejudice all pending charges against Defendant Jesus Rincon-Meza with leave of Court, pursuant to Federal Rule of Criminal Procedure 48(a) (Dkt. No. 67). Having thoroughly considered the Government's notice and the relevant record, the Court hereby DISMISSES without prejudice all counts against Defendant Rincon-Meza pursuant to Rule 48(a). Defendant Rincon-Meza's appearance bond is hereby discharged. The Clerk is DIRECTED to close the case.

DATED this 20th day of August 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0062-JCC
PAGE - 1